UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MOUSSA DIA,

                Petitioner,

v.

KEVIN RAYCRAFT et al.,

                Respondents.

_____/

Case No. 1:26-cv-963

Honorable Jane M. Beckering

## **ORDER**

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan, initiated this action by filing a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) In an Order entered on March 30, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 4.) Respondents filed their response on April 2, 2026 (ECF No. 5), and Petitioner filed his reply on April 7, 2026. (ECF No. 6.)

In Petitioner's § 2241 petition, Petitioner's counsel indicates that on March 19, 2026, counsel received notice of a scheduled bond hearing, which stated that the hearing would take place on February 19, 2026. (Pet., ECF No. 1, PageID.4; Notice, ECF No. 1-1, PageID.11.) Ultimately, the bond hearing took place on March 24, 2026, and both Petitioner and his counsel appeared. (Recording of Mar. 24, 2026, Bond Hearing, at 0:42–0:51, 1:07–1:19, filed on Apr. 2, 2026.) There is no information in the record before the Court regarding what, if any, steps were taken to correct the inaccurate notice that was provided to Petitioner's counsel on March 19, 2026.

Accordingly,

**IT IS ORDERED** that within two business days, Respondents shall submit a written sur-reply describing what, if any, steps were taken to correct the inaccurate notice given to Petitioner's counsel on March 19, 2026. If Petitioner chooses to submit any further facts, Petitioner may do so within one business day of Respondents' submission.


Dated:      April 24, 2026                        /s/ Jane M. Beckering
                                                 Jane M. Beckering
                                                 United States District Judge